| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **Northern District of Texas** |
| Case number (*If known*): _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Eve Financial, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-3834119** | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1261 S 820 E #200** <br> Number     Street <br><br> **American Fork     UT     84003** <br> City          State  Zip Code <br><br><br> **UTAH** <br> County | **Mailing address, if different from principal place of business** <br><br> **2701 N Thanksgiving Way #100** <br> Number     Street <br><br> **Lehi     UT     84043** <br> City          State  Zip Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> **2845 Summerdale Dr.** <br> Number     Street <br><br> **Hurst     TX     76054** <br> City          State  Zip Code |
| 5. | **Debtor's website (URL)** | **https://www.eve.co/** | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1 of 5
Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor **Eve Financial, Inc.** _____  Case number *(if known)* _____
      Name

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business:** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | |
| | | B. Check all that apply: |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | **5222** |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check **all** that apply:* |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor **Eve Financial, Inc.** Case number *(if known)* _____
      Name

| | | | |
|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No ☐ Yes. | District _____ When _____ Case number _____ <br>                MM/DD/YYYY <br> District _____ When _____ Case number _____ <br>                MM/DD/YYYY |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No ☐ Yes. | Debtor _____ Relationship _____ <br> District _____ When _____ <br>                MM/DD/YYYY <br> Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number     Street

    _____
    City     State     ZIP Code

    **Is the property insured?**

    ☒ No
    ☐ Yes. Insurance agency _____

            Contact name _____

            Phone _____

Debtor   **Eve Financial, Inc.**                                                                    Case number *(if known)* _____
        Name

# Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

# Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/01/2023
              MM / DD / YYYY

✗ **/s/ Isaac Freckleton**                           **Isaac Freckleton**
Signature of authorized representative of debtor     Printed name

Title   **Chief Executive Officer**

Debtor **Eve Financial, Inc.**　　　　　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| | | | |
|---|---|---|---|
| **18.** | Signature of attorney | ✗ **/s/ Charlie Shelton** <br> Signature of attorney for debtor | Date **11/01/2023** <br> MM / DD / YYYY |

**Charlie Shelton**
Printed name

**Hayward PLLC**
Firm name

**7600 Burnet Road, Suite 530**
Number　　　Street

**Austin**　　　　　　　　　　　　　　**TX**　　　　　**78757**
City　　　　　　　　　　　　　　　　State　　　　ZIP Code

**(737) 881-7100**　　　　　　　　　　**cshelton@haywardfirm.com**
Contact Phone　　　　　　　　　　　　Email address

24079317　　　　　　　　　　　　　　**Texas**
Bar number　　　　　　　　　　　　　State

Official Form 201　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 5 of 5
Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

# United States Bankruptcy Court

## Northern District of Texas

In re  **Eve Financial, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  11/01/2023

/s/ Isaac Freckleton
**Isaac Freckleton**
Signature of Debtor

**Bill Gosling Outsourcing**
55 Mulcaster Street, Suite 600
Barrie, Ontario, L4M 0J4

**Bloom Credit**
450 Fashion Ave Ste 1506
New York, NY 10123

**Carta, Inc.**
333 Bush St, Suite 2300
San Francisco, CA 94104

**CSC Global**
251 Little Falls Drive
Wilmington, DE 19808

**Delaware Trust Corporation**
251 Little Falls Drive
Wilmington, DE 19808

**Ellyn Tacktman Family Remainder Trust**
c/o Winstead, P.C.
Attn: Andrew J. Schumacher and Laney Howard
401 Congress Ave., Suite 2100
Austin, TX 78701

**Ellyn Yacktman**
c/o Winstead, P.C.
Attn: Andrew J. Schumacher and Laney Howard
401 Congress Ave., Suite 2100
Austin, TX 78701

**Encina Lender Finance**
12540 BROADWELL RD., #1202
Milton, GA 30004

Copyright © Financial Software Solutions, LLC

**Excel CFO, Inc.**
**29 N Park Square, Unit 201**
**Marietta, GA 30060**


**Experian**
**P.O. Box 4500**
**Allen, TX 75013**


**First Pryority Bank**
**10632 S. Memorial**
**Tulsa, OK 74133**


**Form Piper**
**1261 S 820 E**
**American Fork, UT 84003**


**Fullstory.com**
**1745 Peachtree Street NW, Suite N**
**Atlanta, GA 30309**


**iLex Consulting Group**
**8010 Ritter Dr**
**Mount Juliet, TN 37122**


**Internet Mastery**
**11693 San Vicente Blvd # 518**
**Los Angeles, CA 90049**


**Jason Subotky**
**c/o Winstead, P.C.**
**Attn: Andrew J. Schumacher and Laney Howard**
**401 Congress Ave., Suite 2100**
**Austin, TX 78701**

Copyright © Financial Software Solutions, LLC

**Jason Subotky Family Remainder Trust**
**c/o Winstead, P.C.**
**Attn: Andrew J. Schumacher and Laney Howard**
**401 Congress Ave., Suite 2100**
**Austin, TX 78701**

**Maven Creative**
**200 S Orange Ave. Suite 100**
**Orlando, FL 32801**

**Middesk, Inc.**
**85 2nd St., Suite 710**
**San Francisco, CA 94105**

**Outreach.io**
**333 Elliott Ave. W #500**
**Seattle, WA 98119**

**Perfect Plastic Printing Corporation**
**311 Kautz Rd**
**Saint Charles, IL 60174**

**Plaid Technologies, Inc.**
**1098 Harrison St**
**San Francisco, CA 94103**

**Seward & Kissell**
**One Battery Park Plaza**
**New York, NY 10004**

**Simplify Home Loans**
**1261 S 820 E #200**
**American Fork, UT 84003**

Copyright © Financial Software Solutions, LLC

**Stephen Yacktman**
c/o Winstead, P.C.
Attn: Andrew J. Schumacher and Laney Howard
401 Congress Ave., Suite 2100
Austin, TX 78701

**Stephen Yacktman Family Remainder Trust**
c/o Winstead, P.C.
Attn: Andrew J. Schumacher and Laney Howard
401 Congress Ave., Suite 2100
Austin, TX 78701

**Troutman Pepper Hamilton Sanders LLP**
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

**Vervent, Inc.**
P.O. Box 911007
San Diego, CA 92191