**Fill in this information to identify the case and this filing:**

Debtor Name __Eve Financial, Inc.__

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/01/2023__
　　　　　　　MM/DD/YYYY

× **/s/ Isaac Freckleton**
Signature of individual signing on behalf of debtor

**Isaac Freckleton**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

---

Official Form 202　　　**Declaration Under Penalty of Perjury for Non-Individual Debtors**　　　page 1 of 1

Copyright © Financial Software Solutions, LLC　　　BlueStylus

**Fill in this information to identify your case:**

Debtor Name: **Eve Financial, Inc.**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (*If known*): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Jason Subotky c/o Winstead, P.C. Attn: Andrew J. Schumacher and Laney Howard 401 Congress Ave., Suite 2100 Austin, TX 78701 | Jason Subotky () - | Jason Subotky is a Judgment Creditor from Cause No. D-1-GN-22-006979 in the District Court of Travis County, Texas (345th Judicial District). Other Plaintiffs: Jason Subotky Family Remainder Trust, Stephen Yacktman, Stephen Yacktman Family Remainder Trust, Ellyn Yacktman, Ellyn Yacktman Family Remainder Trust | | | | $2,464,673.46 |
| 2 | Troutman Pepper Hamilton Sanders LLP 600 Peachtree Street NE, Suite 3000 Atlanta, GA 30308 | Troutman Pepper Hamilton Sanders LLP () - | Legal fees | | | | $136,772.70 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1 of 3

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | Eve Financial, Inc. | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Experian<br>P.O. Box 4500<br>Allen, TX 75013 | Experian<br>() - | Vendor | | | $101,458.84 |
| 4 | Simplify Home Loans<br>1261 S 820 E #200<br>American Fork, UT 84003 | Simplify Home Loans<br>() - | Office sublease | | | $67,515.00 |
| 5 | Seward & Kissell<br>One Battery Park Plaza<br>New York, NY 10004 | Seward & Kissell<br>() - | Legal Fees | Disputed | | $51,462.50 |
| 6 | iLex Consulting Group<br>8010 Ritter Dr<br>Mount Juliet, TN 37122 | iLex Consulting Group<br>() - | Compliance Officer and consulting services | | | $38,000.00 |
| 7 | Maven Creative<br>200 S Orange Ave. Suite 100<br>Orlando, FL 32801 | Maven Creative<br>() - | Design services | | | $30,000.00 |
| 8 | Bill Gosling Outsourcing<br>55 Mulcaster Street, Suite 600<br>Barrie, Ontario, L4M 0J4 | Bill Gosling Outsourcing<br>() - | Credit Card servicing - services rendered | | | $25,922.50 |
| 9 | Excel CFO, Inc.<br>29 N Park Square, Unit 201<br>Marietta, GA 30060 | Excel CFO, Inc.<br>() - | Tax services rendered, part-time CFO | | | $23,433.00 |
| 10 | Form Piper<br>1261 S 820 E<br>American Fork, UT 84003 | Form Piper<br>() - | Commissions due | | | $14,811.20 |
| 11 | Bloom Credit<br>450 Fashion Ave Ste 1506<br>New York, NY 10123 | Bloom Credit<br>() - | Vendor - Credit Reporting | | | $13,406.25 |
| 12 | Vervent, Inc.<br>P.O. Box 911007<br>San Diego, CA 92191 | Vervent, Inc.<br>() - | Backup Loan Servicer | | | $12,000.00 |
| 13 | Carta, Inc.<br>333 Bush St, Suite 2300<br>San Francisco, CA 94104 | Carta, Inc.<br>() - | Vendor | | | $7,229.73 |

Debtor    **Eve Financial, Inc.**    Case number *(if known)* _____
              Name

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | **CSC Global**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | **CSC Global**<br>() - | **Vendor** | | | $7,200.00 |
| 15 | **Plaid Technologies, Inc.**<br>**1098 Harrison St**<br>**San Francisco, CA 94103** | **Plaid Technologies, Inc.**<br>() - | **Vendor** | | | $5,894.79 |
| 16 | Outreach.io<br>333 Elliott Ave. W #500<br>Seattle, WA 98119 | Outreach.io<br>() - | Saas services - Vendor | | | $5,015.53 |
| 17 | **Internet Mastery**<br>**11693 San Vicente Blvd # 518**<br>**Los Angeles, CA 90049** | **Internet Mastery**<br>() - | | **Disputed** | | $4,062.67 |
| 18 | **Middesk, Inc.**<br>**85 2nd St., Suite 710**<br>**San Francisco, CA 94105** | **Middesk, Inc.**<br>() - | **Vendor** | | | $3,090.00 |
| 19 | **Delaware Trust Corporation**<br>**251 Little Falls Drive**<br>**Wilmington, DE 19808** | **Delaware Trust Corporation**<br>() - | **Vendor** | | | $3,000.00 |
| 20 | **Perfect Plastic Printing Corporation**<br>**311 Kautz Rd**<br>**Saint Charles, IL 60174** | **Perfect Plastic Printing Corporation**<br>() - | **Service Providers** | | | $2,936.80 |