



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2024**

_Mark X. Mullin_
**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **EVE FINANCIAL, INC.,** | § | **CASE NO. 23-43335-mxm** |
| | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | **Subchapter V** |

---

### ORDER GRANTING DEBTOR'S MOTION FOR CONTINUATION OF HEARINGS

---

CAME ON before this Court the *Debtor's Motion for Continuation of Hearings* (the "Motion") filed by Eve Financial, Inc. (the "Debtor"). The Court finds that the Motion was properly served upon parties in interest; no objections were filed to the Motion; the Motion was properly taken, and the relief requested should be granted; it is therefore

**ORDERED** that the Debtor's Motion is **GRANTED**; it is further

**ORDERED** that the following hearings are continued to **May 6, 2024 at 9:30 a.m**. by WebEx: https://us-courts.webex.com/meet/mullin:

   a. Confirmation hearing on *Debtor's First Amended Subchapter V Plan of Reorganization* (Docket No. 71);

   b. *Debtor's Motion for Authority to Pay Certain Prepetition Claims of Critical*

*Vendors* (Docket No. 66); and

c.  *Debtor's Amended Motion for Entry of an Order: (I) Authorizing the Debtor to Retitle Certain Bank Accounts in which the Debtor Holds Only Bare Legal Title; (II) Authorizing the Continued Use of Existing Business Forms; (II) Authorizing Maintenance and Continued Use of Existing Corporate Bank Accounts and Cash Management System; and (IV) Waiving Certain U.S. Trustee Requirements* (Docket No. 50); it is further

**ORDERED** that counsel for the Debtor is responsible for serving a notice of such continued hearings.

# # # END OF ORDER # # #

***Order Prepared By***:

**HAYWARD PLLC**

*/s/ Charlie Shelton*
Charlie Shelton
Texas Bar No. 24079317
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
cshelton@haywardfirm.com

***Counsel for Eve Financial, Inc.***